874

STATE of Missouri, Plaintiff/Respondent,

v.

**Samuel L. LaFRANK,
Defendant/Appellant.**

No. 70847.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 2, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 15, 1998.

Application for Transfer Denied
Feb. 24, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and CRANE and HOFF, JJ.,

*ORDER*

PER CURIAM.

Defendant Samuel L. LaFrank appeals the judgment entered on his conviction by a jury of statutory sodomy, first degree, in violation of Section 566.062 RSMo (1994). He was sentenced as a prior and persistent offender to a term of fifteen years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).